IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| BRUCE SCHOJAN, SEAN TIMMONS, and CHRISTOPHER TOLLERTON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PAPA JOHN'S INTERNATIONAL, INC., PAPA JOHN'S USA, INC., and TBAKER PIZZAMAKER, LLC, d/b/a Papa John's #1219,<br><br>Defendants. | No. _____ |

## DECLARATION OF CLAUDE M. PHENIX

Claude M. Phenix, pursuant to 28 U.S.C. 1746, declares under penalty of perjury as follows:

1. I am the Senior Director, Tax for Papa John's International, Inc. ("PJI"). I have worked at PJI since May 24, 2004, and I have held my current responsibilities since March 5, 2007.

2. This declaration is submitted in support of the accompanying Notice of Removal of Defendants PJI and Papa John's USA, Inc.

3. This declaration is based on my personal knowledge, including my review of PJI business records that are regularly maintained in the ordinary course of its business and



are based on information from or transmitted by persons with knowledge at or near the time of the events recorded in them.

4. PJI maintains accounting records which, among other things, contain annual taxable food sales, taxable delivery fees, and sales tax charged. Based on my review and analysis of these internal documents, I have concluded that the Florida Papa John's corporate and franchised restaurants have collected sales taxes on delivery charges in the amounts shown below. To the best of my knowledge, these figures are accurate to within a small degree of error (approximately 1%):

| Year | Taxes Collected on Delivery Charges |
|---|---|
| 2009 | $750,912 |
| 2010 | $908,318 |
| 2011 | $1,014,657 |
| 2012 | $1,147,021 |
| 2013 | $1,264,586 |
| Jan. 1–May 14, 2014 | $506,277 |
| **Subtotal** | **$5,591,771** |

Dated: Louisville, Kentucky
May 20, 2014

*[signature]*

Claude M. Phenix
Senior Director, Tax
Papa John's International, Inc.