UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRUCE SCHOJAN, SEAN TIMMONS,
and CHRISTOPHER TOLLERTON,
Individually and on behalf of all
others similarly situated,

    Plaintiffs,

Case No.: 8:14-cv-1218-T-33MAP

vs.

PAPA JOHN'S INTERNATIONAL, INC.,
and PAPA JOHN'S USA, INC.,

    Defendants.
_____/

**UNOPPOSED MOTION TO EXTEND THE DEADLINE FOR
PLAINTIFFS TO FILE MOTION FOR CLASS CERTIFICATION**

    Plaintiffs, move to extend the deadline to file a Motion for Class Certification. The grounds for this motion are set out below:

    1.    On March 28, 2014, Plaintiffs filed their original Class Action Complaint in the Circuit Court for Hillsborough County Florida.

    2.    On May 22, 2104, Defendants Papa John's International, Inc., and Papa John's USA, Inc., removed this action to this Court pursuant to the Class Action Fairness Act of 2005, Pub. L. No. 109-2; 28 U.S.C. §§ 1332(d). (Dkt. No. 1).

    3.    With the removal of this action to Federal Court, Local Rule 4.04(b) requires Plaintiffs to file a motion for class certification by June 26, 2014 - - about a month after the case was removed.

4. Although Plaintiffs served discovery with the Complaint, the removal to Federal Court prohibits any discovery until the Court enters a Case Management Order.

5. The parties are working together to develop an agreed discovery schedule, but Plaintiffs' discovery obviously cannot be completed prior to the June 26, 2014, deadline to file a motion for class certification. Accordingly, Plaintiffs require additional time to file their motion for class certification. Plaintiffs anticipate receiving Defendants' Rule 26 Disclosures and answers to interrogatories in July, with 30(b)(6) depositions of the Defendants in late August. The parties propose an extension of time up to and including November 1, 2014, for Plaintiffs to file their motion for class certification. Assuming Plaintiffs receive discovery as anticipated, no additional time to file the motion should be required.

6. Pursuant to Local Rule 3.01(g), Plaintiffs' counsel has conferred with counsel for the opposing party and is authorized to advise the Court that the defendants have no objection to the relief requested by this motion.

/s/ Alan F. Wagner
ALAN F. WAGNER, ESQUIRE
Florida Bar No. 0374105
JASON WHITTEMORE, ESQUIRE
Florida Bar No. 0037256
Wagner, Vaughan & McLaughlin, P.A.
601 Bayshore Blvd., Suite 910
Tampa, Florida   33606
(813) 225-4000
Primary e-mail:   AlanWagner@WagnerLaw.com
Secondary e-mail:   Jason@WagnerLaw.com
Secondary e-mail:   Vicky@WagnerLaw.com
Attorneys for Plaintiffs

## Certificate of Service

I Hereby certify that on June 11, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

/s/ Alan F. Wagner
Alan F. Wagner