IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| BRUCE SCHOJAN, *et al.*, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>PAPA JOHN'S INTERNATIONAL, INC., and PAPA JOHN'S USA, INC.,<br><br>    Defendants. | No. 8:14-cv-1218-T33MAP |

## JOINT MOTION TO REMAND

Plaintiffs and defendants jointly move to remand this case to state court. The grounds for this motion are as follows:

As fully briefed elsewhere, the Court lacks subject-matter jurisdiction over this action by virtue of the Tax Injunction Act.

The Parties have reached an agreement in principle to settle this action in its entirety upon its remand to state court. As part of the Parties' agreement in principle, Plaintiffs have agreed to withdraw their request for attorneys' fees and costs arising out of removal of this action to federal court.

The Parties, therefore, request the Court to remand this case to state court.

Dated: February 16, 2015                                         Respectfully submitted,

/s/ Alan F. Wagner                                               /s/ David B. Weinstein
Alan F. Wagner                                                   David B. Weinstein
Florida Bar No. 0374105                                          Florida Bar No. 604410
AlanWagner@WagnerLaw.com                                         weinsteind@gtlaw.com
Jason K. Whittemore                                              Nicholas J. Secco
Florida Bar No. 037256                                           Florida Bar No. 0110091
Jason@WagnerLaw.com                                              seccon@gtlaw.com
**WAGNER MCLAUGHLIN, P.A.**                                      Andrew J. Patch
601 Bayshore Blvd., Suite 910                                    Florida Bar No. 0091577
Tampa, Florida 33606                                             patcha@gtlaw.com
(813) 225-4000                                                   **GREENBERG TRAURIG, P.A.**
                                                                 625 East Twiggs Street, Suite 100
*Attorneys for Plaintiffs*                                       Tampa, Florida 33602
                                                                 Telephone: (813) 318-5700
                                                                 Facsimile: (813) 318-5900

                                                                 *Trial Counsel for Defendants,*
                                                                 *Papa John's International, Inc.,*
                                                                 *and Papa John's USA, Inc.*

## CERTIFICATE OF SERVICE

I certify that on February 16, 2015, I caused the foregoing Joint Motion to Remand to be electronically filed using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

                                                                 /s/ Alan F. Wagner
                                                                 Attorney

2